**IT IS ORDERED as set forth below:**



**Date: April 16, 2019**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 17-56151-WLH |
| | ) |
| SONJI FELICIA AGART-THOMAS, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST, | ) CONTESTED MATTER |
| | ) |
| Movant, | ) |
| vs. | ) |
| SONJI FELICIA AGART-THOMAS, and NANCY J. WHALEY, Trustee, | ) |
| Respondents. | ) |

**CONSENT ORDER**

U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, c/o SN Servicing Corporation, its servicing agent ("Movant"), filed a Motion for Relief

from Stay on January 23, 2019 (Doc. No. 42) ("Motion"), and the hearing on the Motion was scheduled for April 10, 2019 at 2:30 p.m.  Movant and Debtor have consented to the terms herein without any opposition from the Chapter 13 Trustee, and good cause has been shown.  Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1.

Debtor acknowledges being delinquent on the post-petition payments as set forth under the terms and conditions of the subject loan documents ("Loan Documents") attached to the Motion and incorporated herein by reference.  The subject real property is 5252 Glencroft Place, Lithonia, GA 30038 ("Real Property").  The arrearage is in the amount of $5,703.55 and consists of the post-petition payments for January 2019 through and including April 2019 in the amount of $1,389.58 each, $414.80 late charges, and $850.00 attorney's fees and $181.00 costs incurred by Movant in bringing the Motion, minus $1,300.57 being held in suspense.

2.

All payments made pursuant to this Consent Order shall have the subject Loan Number xx1628 written thereon and shall be remitted directly to Movant, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501.  Debtor shall remit $1,950.00 in certified funds instanter and shall then cure balance of the post-petition arrearage by remitting $625.59 on or before the fifteenth day of each month for the period of May 2019 through and including September 2019, and $625.60 on or before October 15, 2019.

3.

Debtor shall make all payments under this Consent Order in strict compliance with the terms herein and shall make the May 2019 through and including October 2019 post-petition payments in strict compliance with the terms of the Loan Documents.

4.

In the event of a default on any of the payments set forth in Paragraphs Two or Three, Movant or Movant's counsel shall give written notice by first class mail to Debtor and Debtor's counsel, to be served at their addresses listed on the attached distribution list, of Debtor's default and right to cure the default within ten (10) days from Debtor's receipt of the written notice. Debtor shall be presumed to have received the written notice on the fifth (5th) calendar day following mailing of said notice by Movant or Movant's counsel provided that said notice was properly addressed and that sufficient postage was affixed thereto. Movant shall be entitled to attorney's fees of $85.00 per default notice, plus mailing costs. Upon Debtor's failure to cure within the ten-day period, Movant or Movant's counsel may file an affidavit of default and a delinquency motion, both to be served upon Debtor and Debtor's counsel at their addresses listed on the attached distribution list, and this Court may enter an order modifying the automatic stay without further notice or hearing. Said order may order that:

a) The Motion is granted;
b) The stay set forth in FBR 4001(a)(3) is hereby waived, and Movant is relieved from the effect of the automatic stay to pursue and enforce under non-bankruptcy law any and all rights it has in and to the Real Property, including, but not limited to, advertising and conducting a foreclosure sale and seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property. However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement. Movant may contact the Debtor via telephone or written correspondence to offer any such agreement; and
c) Movant shall remit any surplus funds from the foreclosure sale to the Chapter 13 Trustee. The Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Movant is granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com


CONSENTED TO:
Attorney for Debtor

_____/s/_____
Richard K. Valldejuli, Jr.       (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 723225

Valldejuli & Associates, LLC
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324
(404) 636-9957
Email:  ecf@valldejuliandassociates.com


NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____
Ryan Williams                    (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 940874
Attorney for the Chapter 13 Trustee

Suite 120
303 Peachtree Center Avenue
Atlanta, GA  30303
(678) 992-1201
Email: rwilliams@njwtrustee.com

## DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Richard K. Valldejuli, Jr., Esq.
Valldejuli & Associates, LLC
Suite A
2199 Lenox Road, NE
Atlanta, GA 30324

Sonji Felicia Agart-Thomas
5252 Glencroft Place
Lithonia, GA 30038